UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR L. LOCKETT, and
MAMIE L. LOCKETT,

                            Plaintiffs,

v.

LVNV FUNDING LLC, CREDIT ONE
BANK, N.A., US BANK NA, SCOTT &
ASSOCIATES P.C., ELAN FINANCIAL
SERVICES, JOHNSON MARK LLC, MICHAEL
J. SCOTT, MATTHEW W. COOPER, LACIE
ELIZABETH FRIEND, SEAN MORRISSEY,
MATTHEW CLARK, VICTORIA BARBOZA,
LAUREN JONES, and GREGORY JOHNSON,

                           Defendants.

Case Number 24-12165
Honorable David M. Lawson
Magistrate Judge David R. Grand

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u><br><u>AND DISMISSING CASE</u>

Presently before the Court is the report issued on June 20, 2025 by Magistrate Judge David R. Grand under 28 U.S.C. § 636(b) recommending that the Court screen the plaintiffs' complaint under 28 U.S.C. § 1915(e) and dismiss it on its own motion for failure to state a claim. The plaintiffs' allegations concerned the payment of a debt by plaintiff Mamie Lockett — who apparently suffers from some form of dementia — and connected legal proceedings in a Texas state court. However, Judge Grand could not discern any viable claim from the complaint, which spanned nearly 148 pages and appeared to focus primarily on the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et. seq.*

The deadline for filing objections to the report has passed, and no objections have been received. The plaintiffs' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th

Cir. 1987).  Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  However, the Court agrees with the findings and conclusions of the magistrate judge and will dismiss the complaint.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 14) is **ADOPTED**.

It is further **ORDERED** that the plaintiffs' complaint is **DISMISSED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   July 10, 2025